# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

159863 & (51)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

DAVID MAPLES,
            Plaintiff-Appellant,

v

STATE OF MICHIGAN,
            Defendant-Appellee.
_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159863
COA: 343394
Court of Claims: 17-000135-MZ

On order of the Court, the motion to accept the application for leave to appeal is DENIED. See MCR 7.316(B) ("The Court will not accept for filing a motion to file a late application for leave to appeal under MCR 7.305(C)[.]"). Further, because late applications will not be accepted absent circumstances not present in this case, the plaintiff's late application for leave to appeal is DISMISSED. MCR 7.305(C)(5).

VIVIANO, J., would accept the application as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk

b1023